**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBORAH C. EVI, | No. 2:19-CV-2200-DMC |
| Plaintiff, | |
| v. | ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, who is proceeding pro se, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). On April 27, 2020, the Court directed plaintiff to show cause why this action should not be dismissed for lack of prosecution. See ECF No. 12. On July 1, 2020, plaintiff filed a document which appears to be plaintiff's opening brief. See ECF No. 15. So construed, and good cause appearing therefor, the order to show cause is hereby discharged.

IT IS SO ORDERED.

Dated: July 20, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE