1  McGREGOR W. SCOTT
   United States Attorney
2  DEBORAH LEE STACHEL
   Regional Chief Counsel
3  DANIEL P. TALBERT
   Special Assistant United States Attorney
4        Social Security Administration
         160 Spear Street, Suite 800
5        San Francisco, CA 94105
         Telephone: (415) 977-8995
6        Facsimile: (415) 744-0134
   Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH C. EVI,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>  Commissioner of Social Security,<br><br>    Defendant. | No. 2:19-cv-02200-DMC<br><br>ORDER FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |

Defendant, through his counsel of record, moves, that with the Court's approval, Defendant's time for responding to Plaintiff's Motion for Summary Judgment be extended from Friday, July 31, 2020 to Friday, August 28, 2020. This is Defendant's first request for an extension. Counsel for Defendant has consulted with the pro se Plaintiff regarding this extension and she stated she has no objection to Defendant's request for a 28-day extension.

Good cause exists for this request. On April 27, 2020, the Court directed Plaintiff to show cause why this action should not be dismissed for lack of prosecution. On July 1, 2020, Plaintiff filed a document which the court construed to be Plaintiff's opening brief (ECF No. 15) and discharged the order to show cause on July 21, 2020 (ECF No. 16). Thus given the court's order dated July 20, 2020 and entered on July 21, 2020, an extension of 28-days would give sufficient time for the Defendant to brief the case given significant competing workload requirements.

Motion for Extension of Time                                    Case No. 2:19-cv-02200-DMC

Counsel apologizes to the Court for any inconvenience caused by this delay.  All other dates in the Court's Scheduling Order shall be extended accordingly.

                                            Respectfully submitted,

                                            McGREGOR W. SCOTT
                                            United States Attorney

DATE: July 28, 2020                By: *s/ Daniel P. Talbert*
                                            DANIEL P. TALBERT

                                            Special Assistant United States Attorney
                                            Attorneys for Defendant

OF COUNSEL:
Oscar Gonzalez de Llano
Assistant Regional Counsel
Social Security Administration, Region IX

1 ORDER

3   APPROVED AND SO ORDERED:

5   Dated:  August 6, 2020



DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

Motion for Extension of Time                                         Case No. 2:19-cv-02200-DMC