**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBORAH C. EVI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | No. 2:19-CV-2200-DMC<br><br><br><br>ORDER |

　　　　Plaintiff, who is proceeding pro se, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). A review of the docket reflects that all parties have not yet notified the Court regarding consent. Pursuant to the Court's scheduling order, the time to do so has now expired.

　　　　For parties who have not yet informed the Court regarding consent, such parties shall show cause in writing, within 30 days of the date of this order, why this action should not be dismissed for failure to inform the Court regarding consent to Magistrate Judge jurisdiction, as required by the Court's scheduling order. Submission of a completed consent election form shall constitute a sufficient response. The Clerk of the Court is directed to serve on all parties a copy of the Court's form entitled "Consent to Assignment or Request for Reassignment." Failure to

respond to this order may result in imposition of appropriate sanctions including but not limited to the dismissal of the action for the reasons discussed above, as well as for failure to prosecute and comply with court rules and orders.  <u>See</u> Local Rule 110.

        IT IS SO ORDERED.


Dated:  October 16, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE