IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH C. EVI,  Plaintiff,  v.  COMMISSIONER OF SOCIAL SECURITY,  Defendant. | No.  2:19-CV-2200-DMC  ORDER |

Plaintiff, who is proceeding pro se, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g).  On October 19, 2020, the Court directed parties who had not informed the Court regarding consent to proceed before a Magistrate Judge to show cause why appropriate sanction should not be imposed for failure to do so within the time permitted by the Court's scheduling order.  A review of the docket reflects that all parties have now informed the Court regarding consent to proceed before a Magistrate Judge.  The order to show cause is, therefore, discharged.

        IT IS SO ORDERED.

Dated:  October 30, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1