IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH C. EVI, | No. 2:19-cv-02200-TLN-DMC |
| Plaintiff, | |
| v. | **ORDER** |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff Deborah C. Evi ("Plaintiff"), proceeding *pro se*, brings this action for judicial review of a final decision of the Commissioner of Social Security under 42 U.S.C. § 405(g). The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 1, 2021, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within fourteen (14) days. (ECF No. 25.) Plaintiff filed Objections to the Findings and Recommendations on February 12, 2021. (ECF No. 26.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a *de novo* review of this case. *See also McDonnell Douglas Corp. v.*

1

*Commodore Business Machines*, 656 F.2d 1309, 1313 (9th Cir. 1981), *cert. denied*, 455 U.S. 920 (1982).  Having reviewed the file under the applicable legal standards, the Court finds the Findings and Recommendations to be supported by the record and by the magistrate judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations filed February 1, 2021 (ECF No. 25), are ADOPTED IN FULL;

2. Plaintiff's Motion for Summary Judgment (ECF No. 15) is DENIED;

3. Defendant's Cross-Motion for Summary Judgment (ECF No. 19) is GRANTED;

4. The Commissioner's final decision is affirmed; and

5. The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

DATED:  March 17, 2021

Troy L. Nunley
United States District Judge